NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1302, -1324

FAST MEMORY ERASE, LLC,

Plaintiff-Appellant,

v.

INTEL CORPORATION, NUMONYX B.V., NUMONYX, INC.,
SONY ERICSSON MOBILE COMMUNICATIONS AB,
SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.,
and APPLE INC.,

Defendants-Cross Appellants,

and

MOTOROLA, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of Texas
in case no. 10-CV-0481, Judge Barbara M.G. Lynn.

ON MOTION

O R D E R

Upon consideration of the motion of Intel Corporation et al. to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jeffrey R. Bragalone, Esq.
     Chris R. Ottenweller, Esq.
     Russell E. Levine, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK